IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KRISTIN CARLSON,

               Plaintiff,

    v.

THE PNC FINANCIAL SERVICES GROUP,
INC., et al.,

               Defendants.

CIVIL ACTION
NO. 25-5702

## ORDER

**AND NOW**, this 4th day of May 2026, upon consideration of Defendants PNC Bank, N.A., Timothy Carlson, Murray Wilson, William Rathman, Jr., Marie Tormey, Laura Long, and William Demchak's and Defendant Vorys, Sater, Seymour and Pease LLP's Motions to Dismiss (Doc. Nos. 42, 46), Plaintiff's Response in Opposition (Doc. No. 53),  Defendant Vorys, Sater, Seymour and Pease LLP's Reply (Doc. No. 58), the arguments of counsel for the parties at the hearing held on February 24, 2026 on the Motions to Dismiss the Amended Complaint, and the Parties' Supplemental Briefs (Doc. Nos. 63–65), it is **ORDERED** that the Clerk of Court shall transfer the above-captioned case to the United States District Court for the Southern District of Ohio for all further proceedings.

               BY THE COURT:


               /s/ Joel H. Slomsky
               JOEL H. SLOMSKY, J.

1